UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J AND J SPORTS
PRODUCTIONS, INC.,

        Plaintiff,

v.

METROPOLITAN LIFE
INSURANCE COMPANY,

        Defendant.
_____/

Case No. 2:14-cv-11694
Magistrate Judge Mona K. Majzoub
Magistrate Judge Anthony P. Patti
(Settlement)

### ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW REPRESENTATIVE TO APPEAR BY TELEPHONE (DE 54)

This matter is scheduled for a settlement conference on October 14, 2016. On October 3, 2016, Plaintiff filed a motion to allow its representative, who is based in California, to appear at the conference by telephone, in order to limit expences in this potentially cost-shifting case.  (DE 54.)  On October 6, 2016, Defendants filed a notice of concurrence in Plaintiff's motion.  (DE 55.)  Plaintiff's motion is **GRANTED** as unopposed and in order to limit costs.  Plaintiff is cautioned, however, that the individual appearing by telephone must have complete settlement authority.  Plaintiff's local counsel must appear in person, although its national counsel may appear by phone, at his option.

**IT IS SO ORDERED.**

Dated: October 7, 2016              s/Anthony P. Patti
                                    Anthony P. Patti
                                    UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on October 7, 2016, electronically and/or by U.S. Mail.

                                    s/Michael Williams
                                    Case Manager for the
                                    Honorable Anthony P. Patti